IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GEORGE GADD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:08CV00636 SWW |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed.

DATED this 26th day of August 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE